JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAKYIA WATSON through her Guardian Ad Litem Crystal Christman, SHERMAN WATSON, Individually and as representative of the estate of SHAWN LAMOND WATSON, CATHERINE THOMPSON, Individually and as representative of SHAWN LAMOND WATSON,<br><br>              Plaintiffs,<br><br>  v.<br><br>CITY OF SAN BERNARDINO, OFFICER JONATHAN PLUMMER and DOES 1 TO 25,<br><br>              Defendants. | Case No. EDCV 09-1846-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    This action was tried by Judge Virginia A. Phillips without a jury on December 7 and 8, 2010.  The Court concurrently files with this Judgment the Findings of Fact and Conclusions of Law.  For all the reasons set forth therein, the Court enters judgment on the merits in

1 | favor of Defendants, the CITY OF SAN BERNARDINO and
2 | OFFICER JONATHAN PLUMMER, and against Plaintiffs, Z. W.
3 | through her Guardian Ad Litem Crystal Christman, SHERMAN
4 | WATSON, individually and as representative of the estate
5 | of SHAWN LAMOND WATSON, CATHERINE THOMPSON, individually
6 | and as representative of SHAWN LAMOND WATSON.  The Court
7 | accordingly DISMISSES this action WITH PREJUDICE.  The
8 | Court orders that such judgment be entered.

Dated: January 28, 2011

_____
VIRGINIA A. PHILLIPS
United States District Judge

2